UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 9 2016

---

Summerlin Asset Management V Trust

Plaintiff,

—v—

Rose Ngadi *et al.*

Defendants.

---

15-CV-9395 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The limited subject matter jurisdiction of a district court is best addressed at the outset of

a case.  Courts have an independent obligation to determine whether subject matter jurisdiction

exists.  *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 501 (2006).

Plaintiff Summerlin Asset Management V Trust brings this action invoking the Court's

subject matter jurisdiction by reason of diversity of citizenship.  Plaintiff alleges that it is a

Delaware statutory trust with its principal place of business in Arizona and is thus a citizen of

Delaware and Arizona.  Comp. ¶ 2.  Plaintiff further alleges that Defendants Rose Ngadi and the

New York City Environmental Control Board are citizens of New York.  *Id.* ¶¶ 3-4.

A trust "possesses its members' citizenship."  *Americold Realty Trust v. Conagra Foods,*

*Inc.*, 136 S. Ct. 1012, 1015 (2016) (finding "shareholder beneficiaries" to be members of a

Maryland real estate trust); *see also Emerald Inv'rs Trust v. Gaunt Parsippany Partners*, 492

F.3d 192, 205 (3d Cir. 2007) (in evaluating the citizenship of a trust, the Court must look to "the

citizenship of both the trustee[s] and the beneficiar[ies]" of the trust").  Within twenty days of

the date of this Order, Plaintiff shall amend its Complaint to allege the citizenship of each

constituent member of Summerlin Asset Management V Trust (including the state of

incorporation and principal place of business of any corporate entity member).

Dated: May ___, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge